BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendant
Urgent Care Nevada, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAKIYA BRINSON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>URGENT CARE NEVADA, LLC, a Domestic Limited-Liability Company; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO. 2:19-cv-01155-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff LAKIYA BRINSON ("Plaintiff") and Defendant URGENT CARE NEVADA, LLC ("Defendant"), by and through their respective counsel of record Jenny L. Foley, Ph.D., Esq. of HKM EMPLOYMENT ATTORNEYS, LLC, and Bruce C. Young, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

///

///

///

///

///

///

4834-0552-8736.1

| | |
|---|---|
| 1 | Counsel for Defendant is currently preparing for trial in the matter of *Hughes v. Southern Hills Medical Center, LLC*, Case No. 2:16-cv-01997-JAD-BNW, which is scheduled to begin on August 27, 2019. Based on the date of service, Defendant's response to Plaintiff's Complaint is due on August 28, 2019. In order to allow counsel for Defendant sufficient time to investigate the facts and prepare an appropriate response to the Complaint, the Parties have agreed to stipulate to extend the time for Defendant to respond to Plaintiff's Complaint until September 13, 2019. |

Counsel for Defendant is currently preparing for trial in the matter of *Hughes v. Southern Hills Medical Center, LLC*, Case No. 2:16-cv-01997-JAD-BNW, which is scheduled to begin on August 27, 2019. Based on the date of service, Defendant's response to Plaintiff's Complaint is due on August 28, 2019. In order to allow counsel for Defendant sufficient time to investigate the facts and prepare an appropriate response to the Complaint, the Parties have agreed to stipulate to extend the time for Defendant to respond to Plaintiff's Complaint until September 13, 2019.

This extension is not sought for any improper reason or for the purpose of delay.

DATED this 16th day of August, 2019.          DATED this 16th day of August, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP     HKM EMPLOYMENT ATTORNEYS, LLP

By */s/ Bruce C. Young, Esq.*                              By */s/ Jenny L. Foley, Ph.D., Esq.*
  Bruce C. Young, Esq.                                         Jenny L. Foley, Ph.D., Esq.
  Paige S. Shreve, Esq.                                          Marta D. Kurshumova, Esq.
  6385 S. Rainbow Boulevard, Suite 600            1785 East Sahara, Suite 325
  Las Vegas, Nevada 89118                                   Las Vegas, Nevada 89104
  Attorneys for Defendant                                      Attorneys for Plaintiff Lakiya Brinson
  Urgent Care Nevada, LLC

## ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's response to Plaintiff's Complaint shall be filed on or before September 13, 2019.

DATED this 19th day of August 2019.

_____
UNITED STATES DISTRICT COURT JUDGE